```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 20692
   ROYCE E GIDDINGS
   MARILYN R MATCHEM GIDDINGS                    CHAPTER 13

                                                 JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-5501     SSN XXX-XX-0667

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/07/2008 and was not confirmed.

     The case was dismissed without confirmation 11/05/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
AAA CHECKMATE              UNSECURED         1406.27          .00           .00
BROTHER LOAN & FINANCE C   UNSECURED         1093.94          .00           .00
CALUMET CITY FIRE DEPT     UNSECURED        NOT FILED         .00           .00
AT&T                       UNSECURED        NOT FILED         .00           .00
CERTEGY PAYMENT RECOVERY   UNSECURED        NOT FILED         .00           .00
CERTEGY PAYMENT RECOVERY   UNSECURED        NOT FILED         .00           .00
CERTEGY PAYMENT RECOVERY   UNSECURED        NOT FILED         .00           .00
CHECK N GO                 UNSECURED        NOT FILED         .00           .00
CHICAGO P O EMP CR UN      NOTICE ONLY      NOT FILED         .00           .00
CHICAGO P O EMP CR UN      UNSECURED        NOT FILED         .00           .00
CITY OF CHICAGO PARKING    UNSECURED        NOT FILED         .00           .00
MED1 TRINITY HOSPITAL      UNSECURED        NOT FILED         .00           .00
MED1 TRINITY HOSPITAL      UNSECURED        NOT FILED         .00           .00
MED1 TRINITY HOSPITAL      UNSECURED        NOT FILED         .00           .00
COMCAST                    UNSECURED        NOT FILED         .00           .00
COMMONWEALTH EDISON        UNSECURED          437.56          .00           .00
COMCAST                    UNSECURED        NOT FILED         .00           .00
DAVID SHAH MD              UNSECURED        NOT FILED         .00           .00
DEPT OF VETERANS AFFAIRS   UNSECURED        NOT FILED         .00           .00
FAMILY CARE PROVIDERS      UNSECURED        NOT FILED         .00           .00
GLOBAL PAYMENTS            UNSECURED        NOT FILED         .00           .00
GLOBAL PAYMENTS            UNSECURED        NOT FILED         .00           .00
CHICAGO DEPARTMENT OF RE   NOTICE ONLY      NOT FILED         .00           .00
EVERGREEN MEDICAL SPECIA   UNSECURED        NOT FILED         .00           .00
NICOR GAS                  UNSECURED        NOT FILED         .00           .00
PELLETTIERI & ASSOC        NOTICE ONLY      NOT FILED         .00           .00
PELLETTIERI & ASSOC        NOTICE ONLY      NOT FILED         .00           .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED         .00           .00
CITY OF BLUE ISLAND        UNSECURED          250.00          .00           .00
SIR FINANCE                UNSECURED         1286.00          .00           .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED         .00           .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED         .00           .00
ST FRANCIS HOSPITAL        UNSECURED        NOT FILED         .00           .00
ST MARGARET MERCY HEALTH   UNSECURED        NOT FILED         .00           .00
ST MARGARET MERCY ER PHY   UNSECURED        NOT FILED         .00           .00
```

```
US CELLULAR                UNSECURED      NOT FILED           .00              .00
VILLAGE OF ALSIP           UNSECURED      NOT FILED           .00              .00
VILLAGE OF ALSIP           UNSECURED      NOT FILED           .00              .00
AMERICREDIT FINANCIAL SV   SECURED VEHIC   7406.38            .00           931.50
AMERICREDIT FINANCIAL SV   UNSECURED          3.24            .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE NOTI  NOT FILED           .00              .00
COUNTRYWIDE HOME LOANS     CURRENT MORTG       .00            .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE   9000.00            .00              .00
COUNTRYWIDE HOME LOANS     MORTGAGE NOTI  NOT FILED           .00              .00
HITCHCOCK AND ASSOCIATES   PRIORITY       NOT FILED           .00              .00
MORGAGE ELECTRONICS REG    MORTGAGE NOTI  NOT FILED           .00              .00
THOMAS R HITCHCOCK         DEBTOR ATTY     1,884.50                        1,399.27
TOM VAUGHN                 TRUSTEE                                           180.83
DEBTOR REFUND              REFUND                                          1,255.80

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                3,767.40

PRIORITY                                              .00
SECURED                                            931.50
UNSECURED                                             .00
ADMINISTRATIVE                                   1,399.27
TRUSTEE COMPENSATION                               180.83
DEBTOR REFUND                                    1,255.80
                      ---------------       ---------------
TOTALS                 3,767.40                  3,767.40
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 02/25/09           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE